Probation Form No. 35

(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

---

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                      Docket No. 0208 7:17CR00753

David Tucker

On October 07, 2022, the above named was placed on Supervised Release for a period of 60 months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that David Tucker be discharged from Supervised Release.

Respectfully submitted,

by _____

_____

Jaleesa Harris
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___28Th___ day of ___April___ , 20 _25_ .

_____

Honorable Cathy Seibel
U.S. District Judge